| | | |
|---|---|---|
| **Date:** 11/19/2025 | **Case:** 1:25-MJ-670 | **Time:** 1:59pm – 2:10p |

**Judge:** William B. Porter
**Tape:** FTR/400　　　　　　　　　　　**Court Reporter:** N/A
**Hearing: Initial Appearance**

## Eastern District of Virginia
## United States of America
## v.
## Ronald Louis Browning

**Participants**
**USA:** Jillian Pascua
**Defense Counsel:** Shannon Quill
**Court to appoint counsel:** ☒AFPD/ ☐CJA/ ☐Defendant to retain counsel　　　☐Conflict
**Interpreter:**　　　　　　　　　　**Language:**

### Advisement
☐Rule 5　　　　　☐Due Process Protections Act

### Pretrial/Probation/Sup. Release violation(s)
☒Deft informed of violation(s)　　　　☐Deft contests PC as to the violation(s)
☒Deft does not contest PC as to the violation(s)　☐Court finds PC as to the violation(s)

### Detention Hearing/Preliminary Hearing
☐Rule 5 hearings waived　　　☐DH held / ☐DH waived　☐PH held / ☐PH waived
☐Def submits on probable cause / ☐Def not contesting probable cause
☐Govt adduced evidence and rests　　　☐Court finds probable cause

### Detention
☒Govt seeking detention / ☐Govt not seeking detention
☐Def counsel seeking release / ☐Def counsel not contesting/seeking release at this time
☒Defendant remanded to the custody of the USMS

### Bond Status
☐Deft released on PR bond: ☐with conditions　　　☐Deft continued on PR bond
☐Deft continued on previously imposed conditions:
　　　☐Pretrial / ☐Probation / ☐Supervised Release

### Future proceedings
☐Matter continued for further proceedings before the Grand Jury
☒Next hearing: 11/21/2025/Detention Hearing/WBP - 400/2:00PM

**Notes:**